UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE LAFOUNTAIN,

        Plaintiff,

v.                                                        Case No. 01-60011
                                                      HON. MARIANNE O. BATTANI

WILLLIAM MARTIN, et al.,

        Defendant.

_____/

ORDER DENYING DEFENDANT
WILLIAM MARTIN'S MOTION FOR SUMMARY JUDGMENT AND GRANTING
IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SANCTIONS

        Before the Court is defendant William Martin's Motion for Summary Judgment (Doc. #117) and Plaintiff's Emergency Motion for Sanctions (Doc. #127).  For the reasons stated at a hearing held on May 31, 2006, the Court hereby **DENIES** the motion for summary judgment and **GRANTS** in part and **DENIES** in part Plaintiff's motion for sanctions.  **IT IS ORDERED** that Defendants may not use any information gathered from, or as a result of, the May 15, 2006, medical examination of Wayne LaFountain in the course of this litigation.

        **IT IS SO ORDERED.**

                                                          s/Marianne O. Battani
                                                          MARIANNE O. BATTANI
                                                          UNITED STATES DISTRICT JUDGE

DATED:   June 6, 2006

**CERTIFICATE OF SERVICE**

Copies of this Order were mailed to counsel of record on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
DEPUTY CLERK
